1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6878
7       Fax: (415) 436-7234
        E-mail: elise.becker@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  No. CR 15-70856 MRGD
14                                      )
           Plaintiff,                   )
15                                      )
       v.                               )
16                                      )
   Adam Shafi,                          )  NOTICE OF REMOVAL OF COUNSEL
17                                      )
                                        )
18         Defendant.                   )

19
        The United States Attorney's Office hereby files this Notice of Removal of Counsel to advise the
20
   Court that AUSA Elise Becker is not assigned to this matter.  Please remove her email address,
21
   elise.becker@usdoj.gov from this docket.
22
   DATED: December 22, 2015                    Respectfully submitted,
23
                                                BRIAN J. STRETCH
24                                              Acting United States Attorney

25

26                                                      /s/
                                                ELISE BECKER
27                                              Assistant United States Attorney

28

   NOTICE OF REMOVAL OF COUNSEL
   CR 15-70856 MRGD